UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN R. HARRIS, )<br>)<br>Petitioner )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent ) | CAUSE NO. 3:12-CV-127 RM<br>(Arising out of 3:09-CR-112 RM) |

OPINION and ORDER

John Harris pleaded guilty to sexual exploitation of a minor, in violation of 18 U.S.C. 2251(a)(one of seven counts charged in the superceding indictment), and was sentenced to 326 months' imprisonment. Mr. Harris filed a petition under 28 U.S.C. § 2255 claiming that his attorney provided ineffective assistance at sentencing, and asking that his sentence be vacated, set aside, or corrected. The court held that Mr. Harris's petition was barred by the waiver in his plea agreement, and denied the petition on March 21, 2012. Mr. Harris hasn't filed a notice of appeal or a motion to proceed *in forma pauperis* on appeal, but asks that a certificate of appealability be issued.

Issuance of a certificate of appealability requires the court to find that Mr. Harris has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). He hasn't done so. Mr. Harris hasn't filed a notice of appeal, and hasn't established that his guilty plea was anything but informed and

voluntary or that his counsel provided ineffective assistance. His request for a certificate of appealability is therefore denied.

Federal Rule of Appellate Procedure 24(a)(3) provides that a financially indigent person may be permitted to proceed on appeal *in forma pauperis* unless the court "certifies that the appeal is not taken in good faith." In other words, the court must determine "that a reasonable person could suppose that the appeal has some merit." <u>Walker v. O'Brien</u>, 216 F.3d 626, 632 (7th Cir. 2000). Because no reasonable person could find that Mr. Harris's appeal has any merit, the court concludes that his appeal would not be taken in good faith, and his request for pauper status must be denied.

Based on the foregoing, Mr. Harris's motion for a certificate of appealability and for leave to proceed *in forma pauperis* on appeal [Doc. No. 3 in 3:12cv127 and Doc. No. 109 in 3:08cr112] is DENIED.

SO ORDERED.

ENTERED:   April 13, 2011

/s/ Robert L. Miller, Jr.
Judge
United States District Court

cc:   J. Harris
AUSA Maciejczyk